**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>    v.<br><br>Haki Dervishi,<br><br>Defendant/Movant. | Case Nos. **EDCV 14-02135-VAP**<br>             EDCR 12-00084-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion for Relief Under 28 U.S.C. § 2255 is DENIED, WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>March 30, 2015</u>

                                          VIRGINIA A. PHILLIPS
                               United States District Judge